No. 129. JOHNSTON *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 130. KLAGES *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. D. A. Embury* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Morton K. Rothschild* for respondent.

No. 131. EASTERN WINE CORP. *v.* G. H. MUMM CHAMPAGNE (SOCIETY VINICOLE DE CHAMPAGNE, SUCCESSORS) ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel E. Darby, Jr.* for petitioner. *Messrs. Beekman Aitken* and *Watson Washburn* for respondents.

No. 138. GRAYBAR ELECTRIC Co., INC. *v.* NEW AMSTERDAM CASUALTY Co. October 9, 1944. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Dana T. Ackerly* for petitioner. *Messrs. G. Arthur Blanchet, Oscar R. Houston,* and *Arthur W. Clement* for respondent.

No. 139. NICHOLSON *v.* UNITED STATES; and

No. 140. LOWERY *v.* UNITED STATES. October 9, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. D. Bell* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. William Strong* for the United States.